**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marian B. Farris, ) | |
| ) | |
| Plaintiff, ) | No. CV 06-1238-PHX-PGR |
| ) | |
| v. ) | |
| ) | <u>ORDER</u> |
| ) | |
| Advantage Capital Corporation, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the Stipulation of the parties and good cause appearing,

IT IS ORDERED that the Defendant may file its Response to Plaintiff's Motion for Partial Summary Judgment on the Pleadings on or before February 13, 2007.

DATED this 5th day of February, 2007.

Paul G. Rosenblatt
United States District Judge